**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

ANDREW A. NAPOLITANO JR.,

                              Plaintiff,

        v.

ZAHRA TAVAKOLI, *et al.*,

                              Defendants.

Case No. 3:26-CV-00206-MMD-CLB

**ORDER SETTING
BRIEFING SCHEDULE**

[ECF Nos. 2, 3]

Plaintiff Andrew Napolitano, Jr. ("Napolitano") initiated this action by filing a *pro se* complaint, (ECF No. 1-1), a motion for a temporary restraining order, (ECF No. 2), and a motion for a preliminary injunction, (ECF No. 3). The Court screened Napolitano's complaint and permitted his Eighth Amendment claim to proceed against Defendant Lorenzo Villegas ("Villegas"), but deferred ruling on the motions for injunctive relief to give the parties a chance to settle the case at mediation. (ECF No. 6 at 8.) The parties did not reach a settlement, however, so Napolitano's motions must now be resolved. Accordingly, the Court sets the following briefing schedule:

- Villegas shall file a response to Napolitano's motion for a temporary restraining order, (ECF No. 2), and motion for a preliminary injunction, (ECF No. 3), on or before **Tuesday, July 28, 2026**.
- Napolitano shall file his reply to Villegas's response on or before **Tuesday, August 11, 2026**.

**IT IS SO ORDERED**.

**DATED**: July 7, 2026          .

_____
**UNITED STATES MAGISTRATE JUDGE**